IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| MAXWELL HOFFMAN, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 94-200-S-BLW |
| | ) | |
| v. | ) | **CAPITAL CASE** |
| | ) | |
| A.J. ARAVE, | ) | **ORDER** |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Based upon the instructions contained in the February 14, 2008 Order filed by the Court of Appeals on remand from the United States Supreme Court, NOW THEREFORE IT IS HEREBY ORDERED that Petitioner's claim of ineffective assistance of counsel during the plea bargaining phase of his criminal case is DISMISSED with prejudice. This Court's grant of habeas relief based on ineffective assistance of counsel during the sentencing phase still stands.

IT IS FURTHER HEREBY ORDERED that the parties' Stipulation Regarding Order on Issuance of Mandate (Docket No. 433) shall be GRANTED. The State of Idaho shall have 240 days from the date of this Order to begin a new sentencing hearing. The State of Idaho shall calendar a scheduling hearing for Petitioner before the District Court, Third Judicial District, Owyhee County

**ORDER - 1**

within14 days of the date of this Order.



DATED: **March 13, 2008**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**ORDER - 2**